**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 16, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29344/0005311699

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jose Ruben Kelly and Anna Ella Kelly<br>      Debtors.<br>_____<br>PNC Bank, N.A.<br>      Movant,<br>   vs.<br><br>Jose Ruben Kelly and Anna Ella Kelly, Debtors, William E. Pierce, Trustee.<br><br>      Respondents. | No. 0:09-bk-29545-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 16, 2006 and recorded in the office of the Mohave County Recorder wherein PNC Bank, N.A. is the current beneficiary and Jose Ruben Kelly and Anna Ella Kelly have an interest in, further described as:

> LOT 7, BLOCK 4, OF TRACT 156-B, OF LAKE HAVASU CITY, ARIZONA, ACCORDING TO THE PLAT THEREOF RECORDED SEPTEMBER 7, 1965, AT FEE NO. 155194, IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.
>
> EXCEPTING AN UNDIVIDED 1/16TH OF ALL GAS, OIL, METALS AND MINERAL RIGHTS AS RESERVED TO THE STATE OF ARIZONA IN THE PATENT OF SAID LAND.
>
> EXCEPTING THEREFROM ALL UNDERGROUND WATER IN, UNDER OR FLOWING THROUGH SAID LAND AND WATER RIGHTS APPURTENANT THERETO.
>
> EXCEPT ALL OIL, GAS, COAL AND MINERALS ALREADY FOUND OR TO BE FOUND IN OR UNDER SAID LAND.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

                                                                                  _____
                                                                                  JUDGE OF THE U.S. BANKRUPTCY COURT